# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Jo Ann Hudec,

     Plaintiff,                         Case No. 2:19-cv-4286

     v.                               Judge Michael H. Watson

Erik J. Rodenberg,               Magistrate Judge Vascura

     Defendant.

## ORDER

The Court has identified this case as particularly suitable to resolution through mediation.  Accordingly, the Court **STAYS** this case pending the outcome of mediation.  The Clerk is **DIRECTED** to terminate ECF Nos. 17, 24, 35, & 53 as pending motions.  Upon the filing of a mediator's report that settlement negotiations have reached an impasse, the parties shall move for a status conference and detail in their motion which of the above-terminated docket entries, if any, should be reinstated as active motions.

     **IT IS SO ORDERED.**

                                    *_/s/ Michael H. Watson_____*
                                  **MICHAEL H. WATSON, JUDGE**
                                  **UNITED STATES DISTRICT COURT**