UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jo Ann Hudec,

    Plaintiff,

    v.

Erik J. Rodenberg,

    Defendant.

Case No. 2:19-cv-4286

Judge Michael H. Watson

Magistrate Judge Vascura

### ORDER

Given the recent developments in this case out of Delaware County, Defendant's motion to stay the case, ECF No. 24, is **GRANTED**. This case is **STAYED** until further notice of the Court. Moreover, because the stay could be lengthy, the Court orders the Clerk to **ADMINISTRATIVELY CLOSE** this case until the stay is lifted. The Parties shall call the Undersigned's chambers when Defendant's criminal case has concluded and inform the Court whether the civil case should be reopened at that time or whether the stay should be continued.

The civil case will be reopened and placed in its current procedural posture when the stay is eventually lifted.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT